IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RENEE SHEREEN MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | 2:14-cv-00316-TC<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 39), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff, proceeding *pro se*, filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Plaintiff argues Judge Coffin merely accepted defendants' version of events. I disagree. As to the material facts at issue, there are no disputes. Plaintiff also argues Judge Coffin did not address her claims against the officers in their individual capacities. I disagree. Judge Coffin stated, "To the extent they are sued in their official capacities, the individual defendants are also absolutely immune from suit under the Eleventh Amendment." F&R, 4. The next four pages of the F&R, however, including the discussion on qualified immunity, explain why plaintiff's claims also fail against the officers in their individual capacities.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 39) is adopted in full. Defendants' Motion for Summary Judgment (#23) is GRANTED.

IT IS SO ORDERED.

DATED this 24th day of March, 2016.

      /s/ Michael J. McShane
Michael J. McShane
United States District Judge